## AFFIDAVIT OF SERVICE

**State of Florida**                                                           **County of Middle**

Case Number: 6:20-CV-270-ORL-41EJK

MIC2020005687

Plaintiff:
**Victoria Gonzalez**

vs.

Defendant:
**Rockwater Development, LLC a Florida limited liability compnay d/b/a The Outpost Neighborhood Kitchen and Julie Casey**

For:
Richard Smith, Esq
NeJame Law, P.A.
189 S Orange Ave, Ste 1800
Orlando, FL 32801

Received by EAGLE LEGAL SERVICES on the 27th day of February, 2020 at 3:37 pm to be served on **Rockwater Development, LLC by serving its RA Julie Casey, 1004 Vassar Street, Orlando, FL 32804.**

I, Derrick Redding, Sr., being duly sworn, depose and say that on the **3rd** day of **March, 2020** at **7:00 pm**, I:

served the within named **Limited Liability Company** by delivering a true copy of the **SUMMONS and COMPLAINT and EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Regan Casey as Co-Resident / Daughter for Julie Casey**, at the address of: **1004 Vassar Street, Orlando, FL 32804**, and informed said person of the contents therein, in compliance with Florida Statute 48.062 (4).

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of March, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Derrick Redding, Sr.
0152

EAGLE LEGAL SERVICES
424 E. Central Blvd.
#337
Orlando, FL 32801
(407) 857-8380

Our Job Serial Number: MIC-2020005687
Ref: V Gonzalez vs Rockwater Develop
Service Fee: $40.00

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m